1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant KORINZER
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )    No. CR-08-0165 CRB
10                              )
           Plaintiff,            )    STIPULATION AND [PROPOSED]
11                              )    ORDER TO SURRENDER
       v.                       )
12                              )
   EUGENE EVGENY KORINZER,      )
13 a/k/a Gene Korinzer,         )
                                )
14         Defendant.            )
                                )
15

        Defendant Eugene Korinzer made his initial appearance in the above-captioned matter on
16
   March 26, 2008. On December 3, 2009, Mr. Korinzer pled guilty to one count of violating 18
17
   U.S.C. Section 1341, mail fraud. His sentencing date has been continued numerous times, and is
18
   now scheduled for August 26, 2009.[1] Since his initial appearance, Mr. Korinzer has been out of
19
   custody. By his own volition, Mr. Korinzer would now like to self-surrender to custody so that
20
   he may begin to get credit for the sentence that will likely be imposed. Specifically, he would
21
   like to self-surrender on August 6, 2009.
22
        The parties also request that Mr. Korinzer be housed temporarily at the Federal
23
   Correctional Institution in Dublin, California, provided that there is available space at FCI
24

25  ─────────────────

26      [1]Unfortunately, defense counsel will likely need to seek an additional continuance of the
   sentencing hearing as she will be out of town on August 26, 2009. Mr. Korinzer is aware of this.
   *US v. Korinzer*, CR-08-0165 CRB;
   STIP & [PROPOSED] ORD. TO SELF-
   SURRENDER                                        1

1 Dublin and that Mr. Korinzer may be transported and housed there securely.  This assignment
2 should continue until Mr. Korinzer is designated to a particular BOP facility after sentencing.
3     Both defense counsel and government counsel have spoken with the U.S. Marshal
4 Service about this request.  The Marshal Service cannot now guarantee that Mr. Korinzer will be
5 able to be housed at FCI Dublin, but they have indicated that they will make every effort to have
6 him transferred there as soon as possible.
7     Accordingly, the parties hereby request that the Court issue an order providing that Mr.
8 Korinzer be permitted to self-surrender to the U.S. Marshal Service on August 6, 2009, before
9 noon. The parties further request that the Court recommend that the U.S. Marshal Service
10 should temporarily house Mr. Korinzer at FCI Dublin, provided that there is space at FCI Dublin
11 and that Mr. Korinzer may be transported and housed there securely.  This assignment should
12 continue until Mr. Korinzer is designated to a particular BOP facility after sentencing, or further
13 order of the Court.
14     IT IS SO STIPULATED.
15
16     July 27, 2009                                  /s/   *Nat Cousins*
   DATED                                    NAT COUSINS
                                                Assistant United States Attorney
17
18     July 27, 2009                                  /s/   *Jodi Linker*
   DATED                                    JODI LINKER
                                                Assistant Federal Public Defender
19
20 ///
21
22
23
24
25
26

**[PROPOSED] ORDER**

For the reasons stated and based on the stipulation of the parties, the Court hereby ORDERS that defendant Eugene Korinzer shall be permitted to surrender to the U.S. Marshal Service on August 6, 2009, before noon. The Court also recommends that the U.S. Marshal Service should temporarily house Mr. Korinzer at the Federal Correctional Institution at Dublin, California, provided that there is space at the Dublin FCI and that Mr. Korinzer may be transported and housed there securely. This assignment should continue until Mr. Korinzer is designated to a particular BOP facility after sentencing, or until further order of the Court.

IT IS SO ORDERED.

JUL 3 0 2009
DATED

CHARLES R. BREYER
United States District Judge